FILED 1 FEB '21 10:14USDC-ORP

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Oregon

| | | |
|---|---|---|
| Thomas Daren DuBois | ) ) ) ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No.  3:20-CV-2251-SB |
| v. | ) ) | |
| Amazon Inc. | ) ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Amazon Services Inc.
1250 NW Swigert Way
Troutdale Oregon
97060

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Thomas Daren DuBois
4410 SE Aldercrest Rd.
Milwaukie, Oregon
97222

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARY L. MORAN, Clerk of Court

By E. Oss, Deputy Clerk

Date: **12/29/2020**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  3:20-CV-2251-SB

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Amazon Services Inc

was received by me on *(date)*  12/30/2021 .

□ I personally served the summons on the individual at *(place)*
_____
_____ on *(date)* _____ ; or

□ I left the summons at the individual's residence or usual place of abode with *(name)*
_____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

□ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

■ I returned the summons unexecuted because  This location does not ; or
□ Other *(specify):*  allow service of documents.


My fees are $  Ø  for travel and $  Ø  for services, for a total of $  0 .

I declare under penalty of perjury that this information is true.

Date:  1/28/2021

#34780
_____
*Server's signature*

Deputy. J. Ann
*Printed name and title*

4735 E Burnside St Portland,
*Server's address*  OR, 97215

Additional information regarding attempted service, etc:



# Multnomah County Sheriff's Office

**4735 E Burnside St. • Portland, OR 97215**

*Exemplary service for a safe, livable community*

**MICHAEL REESE
SHERIFF**

**503 988-5300 PHONE
www.mcso.us**

County:
**Court Case:** 320CV2251SB
**MCSO Case #:** 2021-335742          Non-Served
**Court:** DISTRICT

RE: DUBOIS,THOMAS DAREN

                   VS.

     AMAZON INC

I hereby certify that the following documents

     SUMMONS IN A CIVIL ACTION
     COMPLAINT FOR EMPLOYMENT DISCRIMINATION
     SUPPORTING DOCUMENTS

was/were delivered to me for service on the 30 day of December, 2020, and was/were

duly certified to be true copy by PLAINTIFF.


     AMAZON INC

I further certify that after due and diligent search and inquiry, I have been unable to find the within

named party, to- wit AMAZON INC within said state and county. Therefore, service was not made.


     MICHAEL REESE, SHERIFF
     Multnomah County, Oregon


By: ⎯⎯⎯⎯⎯⎯  #34790
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
AHN,JOHNNY  DPSST#: 34790


*Please be advised if a substituted service is made the plaintiff shall cause to be mailed, by first class mail,
true copies of the summons and the complaint to the defendant at defendants dwelling house or usual place
of abode, together with a statement of the date, time, and place at which substituted service was made and a
certificate of service for this action shall be filed with the court.  Please contact an attorney if you have any
additional questions.

| #1 Served: | | | Civil | Court |
|---|---|---|---|---|
| | | | Case: 2021-335742 | Case #: 320CV2251SB |
| At: | | | Serve on Date: | |
| | | | Appear on Date: | |
| | | | Expire Date: | |
| | | | #1: AMAZON INC | |
| Date: | Time: | | #2: | |
| | | | #3: | |
| | | | Address: 1250 NW SWIGERT WAY | |
| Deputy: | | | TROUTDALE | |
| | | | Remarks: 0104 JD | |

Type of Process:    OTHER, OTHER, OTHER

| Gun Prohibition: | | | Yes ☐ No ☐ | Remarks: |
| Asked Respondent    for guns - | | | Yes ☐ No ☐ | |
| Received guns: | | | | |

| Deputy | Date | Time | Remarks |
|---|---|---|---|
| Ahn | 1/26 | 1230 | No Legal dept here. Can't ecept Paper here. |
| | | | *Return* |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

3:20-CV-2251-SB

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

23 the 20 1416 RECD USDC-ORP                    FILED 23 DEC '20 1550 USDC-ORP

District of OREGON

CIVIL Division

| | |
|---|---|
| Thomas Daren DuBois (petitioner) | Amazon Services Inc. (respondant) |
| | Case No. |
| | (to be filled in by the Clerk's Office) |
| **Plaintiff(s)** (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) -v- | |
| | Jury Trial: (check one)   Yes   No ✓ |
| **Defendant(s)** (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

**I.    The Parties to This Complaint**

   **A.    The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Thomas Daren DuBois |
| Street Address | 44105.E. ALDERCREST RD. |
| City and County | Milwaukie - Clackamas |
| State and Zip Code | OR, 97222 |
| Telephone Number | (503) 512-3188 |
| E-mail Address | thdubois1968@gmail.com |

   **B.    The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant,

#91435

| Defendant No. 1 | |
|---|---|
| Name | *AMAZON SERVICES INC.* |
| Job or Title *(if known)* | *Corporation* |
| Street Address | *1250 NW Swigert Way* |
| City and County | *Troutdale – Multnomah* |
| State and Zip Code | *OREGON 97060* |
| Telephone Number | *UNKNOWN* |
| E-mail Address *(if known)* | |

| Defendant No. 2 | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

| Defendant No. 3 | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

| Defendant No. 4 | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**C.    Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| Name | *AMAZON (PDX-9)* |
|---|---|
| Street Address | *1250 NW Swigert Way* |
| City and County | *Troutdale – Multnomah* |
| State and Zip Code | *OR 97060* |
| Telephone Number | *UNKNOWN* |

**II.    Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

| | | |
|---|---|---|
| | | Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, |
| | | color, gender, religion, national origin). |
| ✓ | a | *(Note:  In order to bring suit in federal district court under Title VII, you must first obtain Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)* |

## Statement Of Claim

SECTION III Subsection (A)

I, Thomas DuBois, under the penalty of perjury, state the truth as
Follows...

#1 Termination of Employment — I was wrongfully terminated
for Workplace Violence. 12-06-2019

#2 Unequal terms and conditions of my Employment →
On 9-06-2019 I was refused to inspect and copy
my employee personnel file by Shelley Erickson,
head of human Resources, and her downline associate "John".

(b) On August (08-15-2019) I was taken off order picker
machine by dock Mgr. "Cassie" and forced to stow
which I objected. Blatant continual harassment
rendered me obtaining a current day stat sheet, proving
I was at double the production of other associates,
and presenting stat sheet to head operations for inbound...
"Nate".

#3 Retaliation — On 4-24-2019 I was wrongfully
disciplined by Dock mgr. Renee Bradbury as I was
forced to manual pick on an Outbound shift, that
starts at 7:30, when I arrived for my normal shift at 7:00 AM
Ms. Bradbury came to me during picking and said "Don't ever
do that to me again". Referring to my early departure on 4-20-19

Case 3:20-cv-02251-HZ   Document 1   Filed 12/23/20   Page 4 of 12

Case 3:20-cv-02251-HZ   Document 1   Filed 12/23/20   Page 8 of 16

Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

Other federal law *(specify the federal law)*:

Relevant state law *(specify, if known)*:

Relevant city or county law *(specify, if known)*:

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.       The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

|   | | |
|---|---|---|
|   | Failure to hire me. |
| ✓ | Termination of my employment. |
|   | Failure to promote me. |
|   | Failure to accommodate my disability. |
| ✓ | Unequal terms and conditions of my employment. |
| ✓ | Retaliation. |
|   | Other acts *(specify)*: |

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.       It is my best recollection that the alleged discriminatory acts occurred on date(s)

4-24-19 , 8-15-19

C.       I believe that defendant(s) *(check one)*:

|   | |
|---|---|
|   | is/are still committing these acts against me. |
| ✓ | is/are not still committing these acts against me. |

D.       Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

| | | | |
|---|---|---|---|
| | race | | |
| | color | | |
| | gender/sex | | |
| | religion | | |
| | national origin | | |
| | age *(year of birth)* | | *(only when asserting a claim of age discrimination.)* |
| | disability or perceived disability *(specify disability)* | | |

E.       The facts of my case are as follows.  Attach additional pages if needed.

*SEE ATTATCHED B.O.L.I. complaint*

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

**IV.     Exhaustion of Federal Administrative Remedies**

A.     It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)* **09-25-2019**

B.     The Equal Employment Opportunity Commission *(check one)*:

|   |   | has not issued a Notice of Right to Sue letter. |   |   |
|---|---|---|---|---|
|   | ✓ | issued a Notice of Right to Sue letter, which I received on *(date)* **10-04-2019** |   | · |

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.     Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

|   |   | 60 days or more have elapsed. |
|---|---|---|
|   |   | less than 60 days have elapsed. |

**V.     Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*The plaintiff ask for damages per Discrimination, Retaliation, Wrongful Termination, Harassment, Unwarranted Emotional and financial distress, Defamation of character in the relief sum of $500,000.00*

**VI.     Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be

served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

| Date of signing: | 12-23-2020 | | |
|---|---|---|---|

| | Signature of Plaintiff | *Thomas D. DuBois* | |
|---|---|---|---|
| | Printed Name of Plaintiff | THOMAS D. DuBois | |

**B.     For Attorneys**

| Date of signing: | | | |
|---|---|---|---|

| | Signature of Attorney | | |
|---|---|---|---|
| | Printed Name of Attorney | | |
| | Bar Number | | |
| | Name of Law Firm | | |
| | Street Address | | |
| | State and Zip Code | | |
| | Telephone Number | | |
| | E-mail Address | | |

# OREGON EMPLOYMENT DEPARTMENT
PO Box 14135 * Salem, Oregon 97309 5068
(503) 292-2057, (541) 388-6207 or (877) 345-3484 (toll free)
Fax to (866) 345-1878

## Administrative Decision

| | | |
|---|---|---|
| THOMAS D DU BOIS | Date Issued: | January 17, 2020 |
| 4410 SE ALDERCREST RD | | |
| MILWAUKIE OR 97222-4708 | Appeal Deadline Date: | February 06, 2020 |
| | Cust ID: | 42-116.030.985 |

### OUTCOME/RESULTADO:

You are **ALLOWED** benefits on this claim, if otherwise eligible.

Se le **OTORGAN los** beneficios en este reclamo, si de otra manera es elegible.

### FINDINGS:

You were employed by AMAZON.COM SERVICES INC until December 7, 2019 when you were fired because you were involved in a workplace incident in which you raised your voice and told another employee to back his industrial truck up and as a result your employer believes that you were intimidating the other employee. This was not a willful or wantonly negligent violation of the standards of behavior an employer has the right to expect because you needed to raise your voice in order to be heard over the noise of the warehouse to give direction to another employee to avoid an accident.

### LEGAL CONCLUSION/CONCLUSIÓN JURÍDICA:

You were fired but not for misconduct connected with work.

Usted no fue despedido por mala conducta relacionada con el trabajo.

| | |
|---|---|
| CORPORATE COST CONTROL | By: HEMJM09 |
| AMAZON.COM SERVICES INC | (Authorized Representative) |
| PO BOX 17618 | Decision # 83738 |
| MISSOULA, MT 59808-7618 | Form: CA_DSA10    Rev: 0319 |

4920            431            42116030985

**APPEAL RIGHTS/DERECHOS DE APELACIÓN:**

You have the right to appeal this decision if you do not believe it is correct. Your request for appeal must be received no later than February 6, 2020. This decision **ALLOWS** benefits. If there are other decisions affecting your eligibility for benefits, you must appeal those decision(s) separately.

*Do not stop filing for weekly benefits if you are requesting unemployment during the appeal process.*

Usted tiene el derecho de apelar esta decisión si usted no cree que sea correcta. Su solicitud de apelación debe ser recibida a más tardar el 6 de febrero de 2020.  Esta decisión **OTORGA** beneficios. Si hay otras decisiones que afectan su elegibilidad para los beneficios, usted debe apelar esta(s) decisión(es) por separado.

*No deje de hacer su reclamo semanal si usted está solicitando beneficios de desempleo durante el proceso de apelación.*

Date of Decision:     January 17, 2020

CORPORATE COST CONTROL
AMAZON.COM SERVICES INC
PO BOX 17618
MISSOULA, MT 59808-7618

By: HEMJM09
(Authorized Representative)
Decision # 83738
Form: CA_DSA10     Rev: 0319

540907324                          4920                    422



**VAL HOYLE**
Labor Commissioner

September 25, 2020

THOMAS DUBOIS
4410 SE ALDERCREST RD
PORTLAND, OR 97222

RE:   Complainant:   Thomas Dubois
      Respondent:    Amazon.Com Services, Inc.
      Case #:        STEMWB190925-11460

This letter is to inform you that the above-captioned complaint filed with the Civil Rights Division has been dismissed because the Division did not find sufficient evidence to continue our investigation.  This is the Bureau's final determination.  If you wish to pursue your claim(s) further, you may wish to consult an attorney regarding your right to file a civil suit.

NOTICE OF RIGHT TO FILE A CIVIL SUIT
This is your 90-day notice letter:  Although this case has been closed, pursuant to ORS 659A.880, you, the Complainant, may file a civil action against the Respondent under ORS 659A.885 within 90 days after the date of mailing of this 90-day notice.  Any right to bring a civil action against the Respondent under ORS 659A.885 will be lost if the civil action is not commenced within 90 days after the date of the mailing of this 90-day notice.  *Note:  If the complaint was a public accommodations case filed under ORS 659A.403 or 659A.406, the right to file suit in state circuit court expires <u>one year from the date of the alleged violation.</u>*

Further, if the Respondent is a public entity, to preserve the right to file a suit in state circuit court, the Complainant must also comply with the Oregon Tort Claims Act (ORS 30.260 to 30.300).  Complainants interested in protecting these rights, should consult an attorney immediately regarding the requirements for filing.  The Oregon State Bar referral number for Portland is 503-620-0222 or 800-452-7636.

Requests for copies or viewing this file will be processed as explained on the enclosed double-sided Request for Public Records form.

Sincerely,
CIVIL RIGHTS DIVISION
Administrative Support Unit
Carol Johnson, CRD Administrator

jl

**Date of Mailing:** September 25, 2020

Enclosure(s)Request for Public Records

  Portland • Salem • Eugene
Bend • Medford

  oregon.gov/boli
mailb@boli.state.or.us

 (971) 673-0761
Ore. Relay TTY: 711



RECEIVED

**BUREAU OF LABOR AND INDUSTRIES**
Civil Rights Division Complaint of Unlawful Practice

SEP 2 5 2019

CIVIL RIGHTS DIVISION
PORTLAND OFFICE

| | | |
|---|---|---|
| COMPLAINANT:<br><br>THOMAS DUBOIS | Case #:<br><br>STEMWB190925-11460 | |

| | | |
|---|---|---|
| RESPONDENT:<br>Amazon.com Services, Inc.<br>dba Amazon<br>1250 NW Swigert Way<br>Troutdale, OR 97060 | Contact: Human Resources | Headquarters:<br>Amazon.com Services, Inc.<br>410 Terry Avenue North<br>Seattle, WA 98109 |
| County: Multnomah | # of Employees: 50+ | |

ORS 659A.199

I, Thomas Dubois, under penalty of perjury, do depose and say as follows:

Allegations: I allege an unlawful employment practice based on my protected whistleblowing activities in that Respondent retaliated against me and subjected me to a hostile work environment.

1.      I was hired by Respondent as a level 1 inbound associate on or about November 13, 2018. I am a 50 year old Caucasian male.

2.      In February/March 2019, I reported concerns about a coworker John Clark being under the influence of alcohol to manager Renee Bradbury.

3.      On April 20, 2019, I questioned Ms. Bradbury and her decision to keep an alleged injured worker on the forklift, John Clark, and putting Mr Clark on the order picker truck possibly furthuring alleged injury instead of sending him to medical treatment. I left work shortly after in disagreement with Ms. Bradbury decision.

4.      On April 24, 2019, Ms. Bradbury disciplined me by assigning me to an outbound manual picker shift, which starts at 07:30, came to me during my work and said, "Don't ever do that again," referring to my early departure on 4-20-2019.

5.      On or around June 2019 I recieved employee of the month for May 2019.

6.      I attended an appeal panel on or around July 10th 2019, as a panel member, and questioned the validity of "takt time" to ops mgr. Clay. The associate was terminated after having a miscarriage, off for a month, and returned to inbound stow not able to "meet" her(Brandi) takt time. I asked Clay since inbound stow has a 5000 club and that the stower to fulfillment center size given nothing but "smalls" items would it

PORTLAND
800 NE Oregon St., Suite 1045
Portland, Oregon 97232-2180

SALEM
3865 Wolverine Ave. NE, E-1
Salem, Oregon 97305-1268

EUGENE
1400 Executive Parkway, Suite 200
Eugene, Oregon 97401-2158

be possible for the "water spider", aka person bringing stowers freight, to give Brandi large items rendering a higher takt time. Clay said technically yes. I then pointed out Brandi's 99.67% of the curve the week prior to her miscarriage rendering a wrongful termination in my opinion. A manipulated takt time determined by the water spider and what you get to stow per size.

7. On July 25, 2019, I was on a walkie-talkie trying to get hold of my manager Nick Tavarez, John Clark came behind me and said, "You bitch ass," and threw something at me.

8. I reported Mr. Clark's behavior to Respondent's human resources. Although they acknowledged that the behavior was a form of harassment, no corrective action was taken.

9. Due to stress from work, I requested to take two days, July 26 and July 27, 2019, off from work.

10. As I walked to my vehicle associate "Clayton" warned me of Mr Clark making a retaliatory threat to set me up. I sat in my car nervous, smoked a cigarette and went back into h.r. main office to tell them.

11. On my first day back from h.r.'s initial investigation I felt protected per my telephonic conversation with h.r. rep Sarah Hugulet. On my last break at approx. 14:45 Mr. Clark arm checked me hard in the break room as I was already in the refrigerator. Mr. Clark approached me not I him.

12. On Monday July 29th I went to the Multnomah County Sheriff's Office and filed a complaint against Mr. Clark (case number 19-43878). The deputy I spoke with and filed the complaint said he would go to my work location.

13. After my reporting, Respondent subjected me to a hostile work environment including, but not limited to, the following:

a. Respondent assigned me to less desirable jobs and changed my schedule,

b. I was yelled at and talked down to by manager Renee Bradbury and other supervisors, and associates

c. I was forced to take time off without pay to avoid harassment at work, and

d. Respondent sent me home on August 14, 2019, without pay to conduct an investigation into my complaint of manager Gary Billy.

e. The following day I was taken off order picker machine duties at approx. 1pm and forced to go to manual stow by order of Mgr "Cassie" to which I objected.

f. Blatant continuous harassment rendered my obtaining current day stat sheet for order picker machine operator and going to main office Sr. Ops Nate proving I was at double the production of other associate(s)

14. As of the date of this complaint, I am still employed by Respondent. I created a order picker audit system for the v.n.a. area to which I work. I was also asked to write S.O.P.'s by my operations for the v.n.a. as well.

15. On Sept. 6th 2019 I was refused to inspect and copy my employee personnel file by Shelley Erickson head h.r. representative and her downline h.r. associate "John".

Continued on reverse side

PORTLAND
800 NE Oregon St., Suite 1045
Portland, Oregon 97232-2180

SALEM
3865 Wolverine Ave. NE, E-1
Salem, Oregon 97305-1268

EUGENE
1400 Executive Parkway, Suite 200
Eugene, Oregon 97401-2158

I believe Respondent subjected me to a hostile work environment and retaliated against me because of my whistleblowing activities. I have given multiple statements of verbal, written and email pertaining to the above mentioned et more. I have additional facts to the above mentioned which are available upon request.

mk/19-05220/8.26.2019

I hereby declare under penalty of perjury that the above statement is true and correct to the best of my knowledge and belief, and that I understand it is made for use as evidence in an official proceeding.

I understand that the above statement is a public record and that the information herein may be disclosed to any person, at any time.

Your signature: